| CO. | FILE | DEPT. | CLOCK | NUMBER | 073 |
|---|---|---|---|---|---|
| HC1 | 000319 | 050700 | | 0000033912 | 1 |

COLORADO TOUR LINE LLC
2375 JANITELL RD.
COLORADO SPRINGS, CO 80906-1533

# Earnings Statement



Period Beginning: 06/07/2015
Period Ending: 06/20/2015
Pay Date: 06/26/2015

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 3
   CO: 3

CAREY J CHRISTENSEN
4832 CHANDLER CT
DENVER CO 80239

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 14.00 | 168.00 | 168.00 |
| Gross Pay | | | $168.00 | 168.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 168.00 | 168.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -10.42 | 10.42 |
| | Medicare Tax | -2.44 | 2.44 |
| | Net Pay | $155.14 | |
| | Net Check | $155.14 | |

Your federal taxable wages this period are $168.00

© 2000 ADP, LLC

23-101/1020

COLORADO TOUR LINE LLC
2375 JANITELL RD.
COLORADO SPRINGS, CO 80906-1533

Payroll check number: 0000033912
Pay date: 06/26/2015

Pay to the order of: **CAREY J CHRISTENSEN**

This amount: ONE HUNDRED FIFTY FIVE AND 14/100 DOLLARS    $155.14

VOID NON-NEGOTIABLE    VOID NON-NEGOTIABLE

CHASE

AUTHORIZED SIGNATURE

⑁"0000339⑁2⑁" ⑁:⑁0200⑁0⑁7⑁:    5890 290⑁⑁⑁"

| CO. | FILE | DEPT. | CLOCK | NUMBER | 073 |
|---|---|---|---|---|---|
| HC1 | 000319 | 050700 | | 0000034041 | 1 |

# Earnings Statement

ADP

COLORADO TOUR LINE LLC
2375 JANITELL RD.
COLORADO SPRINGS, CO 80906-1533

Period Beginning: 06/21/2015
Period Ending: 07/04/2015
Pay Date: 07/10/2015

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 3
  CO: 3

CAREY J CHRISTENSEN
4832 CHANDLER CT
DENVER CO 80239

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 62.00 | 744.00 | 912.00 |
| Holiday | 12.0000 | 8.00 | 96.00 | 96.00 |
| Gross Pay | | | $840.00 | 1,008.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 840.00 | 1,008.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -29.00 | 29.00 |
| | Social Security Tax | -52.08 | 62.50 |
| | Medicare Tax | -12.18 | 14.62 |
| | CO State Income Tax | -13.00 | 13.00 |
| Net Pay | | $733.74 | |
| Net Check | | $733.74 | |

Your federal taxable wages this period are $840.00

© 2000 ADP, LLC

23-101/1020

COLORADO TOUR LINE LLC
2375 JANITELL RD.
COLORADO SPRINGS, CO 80906-1533

Payroll check number: 0000034041
Pay date: 07/10/2015

Pay to the order of: CAREY J CHRISTENSEN

This amount: SEVEN HUNDRED THIRTY THREE AND 74/100 DOLLARS          $733.74

VOID NON-NEGOTIABLE    VOID NON-NEGOTIABLE

CHASE

AUTHORIZED SIGNATURE

⑈"0003404⑈"  ⑈:102001017⑈:  5890290⑈⑈"

| CO. | FILE | DEPT. | CLOCK | NUMBER | 073 |
|---|---|---|---|---|---|
| HC1 | 000319 | 050700 | | 0000034172 | 1 |

# Earnings Statement



Period Beginning: 07/05/2015
Period Ending: 07/18/2015
Pay Date: 07/24/2015

COLORADO TOUR LINE LLC
2375 JANITELL RD.
COLORADO SPRINGS, CO 80906-1533

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 3
 CO: 3

CAREY J CHRISTENSEN
4832 CHANDLER CT
DENVER CO 80239

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 80.00 | 960.00 | 1,872.00 |
| Overtime | 18.0000 | 2.75 | 49.50 | 49.50 |
| Holiday | | | | 96.00 |
| **Gross Pay** | | | **$1,009.50** | 2,017.50 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 1,009.50 | 2,017.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -51.19 | 80.19 |
| | Social Security Tax | -62.59 | 125.09 |
| | Medicare Tax | -14.63 | 29.25 |
| | CO State Income Tax | -21.00 | 34.00 |
| | **Net Pay** | **$860.09** | |
| | **Net Check** | **$860.09** | |

Your federal taxable wages this period are $1,009.50

© 2000 ADP, LLC

23-101/1020

COLORADO TOUR LINE LLC
2375 JANITELL RD.
COLORADO SPRINGS, CO 80906-1533

Payroll check number: 0000034172
Pay date: 07/24/2015

Pay to the order of: CAREY J CHRISTENSEN

This amount: EIGHT HUNDRED SIXTY AND 09/100 DOLLARS        $860.09

VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE

CHASE

AUTHORIZED SIGNATURE

⑈"000034172"⑈  ⑆:102001017⑈:  5890 2901 1⑈"

| CO. | FILE | DEPT. | CLOCK | NUMBER | 073 |
|---|---|---|---|---|---|
| HC1 | 000319 | 050700 | | 0000034315 | 1 |

# Earnings Statement



COLORADO TOUR LINE LLC
2375 JANITELL RD.
COLORADO SPRINGS, CO 80906-1533

Period Beginning: 07/19/2015
Period Ending: 08/01/2015
Pay Date: 08/07/2015

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 3
  CO: 3

CAREY J CHRISTENSEN
4832 CHANDLER CT
DENVER CO 80239

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 66.25 | 795.00 | 2,667.00 |
| Overtime | | | | 49.50 |
| Holiday | | | | 96.00 |
| **Gross Pay** | | | **$795.00** | 2,812.50 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 795.00 | 2,812.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -24.50 | 104.69 |
| | Social Security Tax | -49.29 | 174.38 |
| | Medicare Tax | -11.53 | 40.78 |
| | CO State Income Tax | -11.00 | 45.00 |
| | **Net Pay** | **$698.68** | |
| | **Net Check** | **$698.68** | |

Your federal taxable wages this period are $795.00

© 2000 ADP, LLC

23-101/1020

COLORADO TOUR LINE LLC
2375 JANITELL RD.
COLORADO SPRINGS, CO 80906-1533

Payroll check number: 0000034315
Pay date: 08/07/2015

Pay to the order of: CAREY J CHRISTENSEN

This amount: SIX HUNDRED NINETY EIGHT AND 68/100 DOLLARS   $698.68

CHASE

VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE

AUTHORIZED SIGNATURE

⑈000034315⑈ ⑆102001017⑆   5890290⑈

| CO. | FILE | DEPT. | CLOCK | NUMBER | 073 |
|---|---|---|---|---|---|
| HC1 | 000319 | 050700 | | 0000034446 | 1 |

# Earnings Statement



COLORADO TOUR LINE LLC
2375 JANITELL RD.
COLORADO SPRINGS, CO 80906-1533

Period Beginning:  08/02/2015
Period Ending:     08/15/2015
Pay Date:          08/21/2015

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 3
  CO:      3

CAREY J CHRISTENSEN
4832 CHANDLER CT
DENVER CO 80239

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 63.00 | 756.00 | 3,423.00 |
| Overtime | | | | 49.50 |
| Holiday | | | | 96.00 |
| Gross Pay | | | $756.00 | 3,568.50 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 756.00 | 3,568.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -20.60 | 125.29 |
| | Social Security Tax | -46.87 | 221.25 |
| | Medicare Tax | -10.96 | 51.74 |
| | CO State Income Tax | -10.00 | 55.00 |
| | Net Pay | $667.57 | |
| | Net Check | $667.57 | |

Your federal taxable wages this period are $756.00

© 2000 ADP, LLC

23-101/1020

COLORADO TOUR LINE LLC
2375 JANITELL RD.
COLORADO SPRINGS, CO 80906-1533

Payroll check number: 0000034446
Pay date:             08/21/2015

Pay to the order of: CAREY J CHRISTENSEN

This amount: SIX HUNDRED SIXTY SEVEN AND 57/100 DOLLARS    $667.57

VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE

CHASE

AUTHORIZED SIGNATURE

⑆0000034446⑆ ⑈102001017⑈   5890 290 1

| CO. | FILE | DEPT. | CLOCK | NUMBER | 073 |
|---|---|---|---|---|---|
| HC1 | 000319 | 050700 | | 0000034576 | 1 |

# Earnings Statement



COLORADO TOUR LINE LLC
2375 JANITELL RD.
COLORADO SPRINGS, CO 80906-1533

Period Beginning:   08/16/2015
Period Ending:      08/29/2015
Pay Date:           09/04/2015

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:    3
  CO:         3

CAREY  J  CHRISTENSEN
4832  CHANDLER  CT
DENVER  CO  80239

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 65.50 | 786.00 | 4,209.00 |
| Overtime | | | | 49.50 |
| Holiday | | | | 96.00 |
| Gross Pay | | | $786.00 | 4,354.50 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 786.00 | 4,354.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -23.60 | 148.89 |
| | Social Security Tax | -48.73 | 269.98 |
| | Medicare Tax | -11.40 | 63.14 |
| | CO State Income Tax | -11.00 | 66.00 |
| | Net Pay | $691.27 | |
| | Net Check | $691.27 | |

Your federal taxable wages this period are $786.00

23-101/1020

COLORADO TOUR LINE LLC
2375 JANITELL RD.
COLORADO SPRINGS, CO 80906-1533

Payroll check number:   0000034576
Pay date:               09/04/2015

Pay to the order of:   CAREY  J  CHRISTENSEN

This amount:   SIX HUNDRED NINETY ONE AND 27/100 DOLLARS          $691.27

VOID NON-NEGOTIABLE    VOID  NON-NEGOTIABLE

CHASE

AUTHORIZED SIGNATURE

⑈"000034576⑈"  ⑆:102001017⑆:   5890290⑈⑈"

| CO. | FILE | DEPT. | CLOCK | NUMBER | 073 |
|---|---|---|---|---|---|
| HC1 | 000319 | 050700 | | 0000034703 | 1 |

COLORADO TOUR LINE LLC
2375 JANITELL RD.
COLORADO SPRINGS, CO 80906-1533

## Earnings Statement

ADP

Period Beginning: 08/30/2015
Period Ending: 09/12/2015
Pay Date: 09/18/2015

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 3
  CO: 3

CAREY J CHRISTENSEN
4832 CHANDLER CT
DENVER CO 80239

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 58.50 | 702.00 | 4,911.00 |
| Holiday | 12.0000 | 8.00 | 96.00 | 192.00 |
| Overtime | | | | 49.50 |
| Gross Pay | | | $798.00 | 5,152.50 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 798.00 | 5,152.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -24.80 | 173.69 |
| | Social Security Tax | -49.48 | 319.46 |
| | Medicare Tax | -11.57 | 74.71 |
| | CO State Income Tax | -11.00 | 77.00 |
| | Net Pay | $701.15 | |
| | Net Check | $701.15 | |

Your federal taxable wages this period are $798.00

© 2000 ADP, LLC

23-101/1020

COLORADO TOUR LINE LLC
2375 JANITELL RD.
COLORADO SPRINGS, CO 80906-1533

Payroll check number: 0000034703
Pay date: 09/18/2015

Pay to the order of: CAREY J CHRISTENSEN

This amount: SEVEN HUNDRED ONE AND 15/100 DOLLARS         $701.15

CHASE

VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE

AUTHORIZED SIGNATURE

⑈00034703⑈  ⑆102001017⑆   5890290⑈

| CO. | FILE | DEPT. | CLOCK | NUMBER | 073 |
|---|---|---|---|---|---|
| HC1 | 000319 | 050700 | | 0000034828 | 1 |

# Earnings Statement



COLORADO TOUR LINE LLC
2375 JANITELL RD.
COLORADO SPRINGS, CO 80906-1533

Period Beginning: 09/13/2015
Period Ending: 09/26/2015
Pay Date: 10/02/2015

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 3
  CO: 3

CAREY J CHRISTENSEN
4832 CHANDLER CT
DENVER CO 80239

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 76.25 | 915.00 | 5,826.00 |
| Overtime | | | | 49.50 |
| Holiday | | | | 192.00 |
| Gross Pay | | | $915.00 | 6,067.50 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 915.00 | 6,067.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -37.01 | 210.70 |
| | Social Security Tax | -56.73 | 376.19 |
| | Medicare Tax | -13.27 | 87.98 |
| | CO State Income Tax | -17.00 | 94.00 |
| Net Pay | | $790.99 | |
| Net Check | | $790.99 | |

Your federal taxable wages this period are $915.00

© 2000 ADP, LLC

23-101/1020

COLORADO TOUR LINE LLC
2375 JANITELL RD.
COLORADO SPRINGS, CO 80906-1533

Payroll check number: 0000034828
Pay date: 10/02/2015

Pay to the order of: CAREY J CHRISTENSEN

This amount: SEVEN HUNDRED NINETY AND 99/100 DOLLARS          $790.99

VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE

CHASE

AUTHORIZED SIGNATURE

⑈"000034828"⑈ ⑆:102001017⑆: 5890 2901 ⑈"

| CO. | FILE | DEPT. | CLOCK | NUMBER | 073 |
|-----|------|-------|-------|--------|-----|
| HC1 | 000319 | 050700 | | 0000034956 | 1 |

COLORADO TOUR LINE LLC
2375 JANITELL RD.
COLORADO SPRINGS, CO 80906-1533

# Earnings Statement 

| | |
|---|---|
| Period Beginning: | 09/27/2015 |
| Period Ending: | 10/10/2015 |
| Pay Date: | 10/16/2015 |

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 3
  CO: 3

CAREY J CHRISTENSEN
4832 CHANDLER CT
DENVER CO 80239

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 71.00 | 923.00 | 6,749.00 |
| Overtime | | | | 49.50 |
| Holiday | | | | 192.00 |
| Gross Pay | | | $923.00 | 6,990.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -38.21 | 248.91 |
| | Social Security Tax | -57.22 | 433.41 |
| | Medicare Tax | -13.38 | 101.36 |
| | CO State Income Tax | -17.00 | 111.00 |
| Net Pay | | $797.19 | |
| Net Check | | $797.19 | |

Your federal taxable wages this period are $923.00

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 923.00 | 6,990.50 |

**Important Notes**
YOUR HOURLY RATE HAS BEEN CHANGED FROM 12.0000 TO 13.0000.

© 2000 ADP, LLC

23-101/1020

COLORADO TOUR LINE LLC
2375 JANITELL RD.
COLORADO SPRINGS, CO 80906-1533

Payroll check number: 0000034956
Pay date: 10/16/2015

Pay to the order of: **CAREY J CHRISTENSEN**

This amount: SEVEN HUNDRED NINETY SEVEN AND 19/100 DOLLARS    $797.19

VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE

CHASE

AUTHORIZED SIGNATURE

⑆000034956⑆ ⑈102001017⑈  5890 2901 ⑈