United States Bankruptcy Court
District of Colorado

In re:  
Carey Jo Christensen  
     Debtor

Case No. 15-24051-SBB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1082-1   User: hoelscher   Page 1 of 1   Date Rcvd: Dec 31, 2015  
                      Form ID: 188   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2016.  
db          +Carey Jo Christensen,    4823 Chandler,    Denver, CO 80239-4925

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2016                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 31, 2015 at the address(es) listed below:  
               Douglas B. Kiel    ecfmail@denver13.com  
               Jason S. Huston    on behalf of Debtor Carey Jo Christensen jaysonhuston@gmail.com  
               US Trustee    USTPRegion19.DV.ECF@usdoj.gov  
                                                                                                                    TOTAL: 3

(COB Form ntccrass_prior_file, #188)(12/03)

# UNITED STATES BANKRUPTCY COURT
**District of Colorado**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

    Carey Jo Christensen

Case No.: 15−24051−SBB
Chapter: 13

Debtor(s)

## NOTICE OF REASSIGNMENT

The above−named debtor has filed a petition in bankruptcy within the past eight years in the district of Colorado or there is a related case pending in this district, Case No. 15−21677 SBB. Pursuant to L.B.R. 1073−1, this case shall be reassigned to the judge that heard and/or is assigned to the previous case. Accordingly,

YOU ARE HEREBY NOTIFIED that the above−named Proceeding is reassigned to the Honorable Sidney B. Brooks , United States Bankruptcy Judge, and that the caption for all further documents in the above captioned case or proceeding shall bear the case number and suffix of 15−24051−SBB rather than 15−24051−HRT .

Dated: 12/31/15

FOR THE COURT:

s/ Kenneth S. Gardner , Clerk