United States Bankruptcy Court
District of Colorado

In re:                                                               Case No. 15-24051-SBB
Carey Jo Christensen                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 1082-1     User: hoelscher     Page 1 of 1          Date Rcvd: Dec 31, 2015
                         Form ID: pdf904     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2016.
db            +Carey Jo Christensen,    4823 Chandler,    Denver, CO 80239-4925

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 31, 2015 at the address(es) listed below:
        Douglas B. Kiel    ecfmail@denver13.com
        Jason S. Huston    on behalf of Debtor Carey Jo Christensen jaysonhuston@gmail.com
        US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                    TOTAL: 3

United States Bankruptcy Court
District of Colorado

In re:   Carey Jo Christensen          )
         Debtor(s)                     )   Bankruptcy No.:   15-24051-SBB
                                       )   Chapter:          13
                                       )
                                       )
                                       )
                                       )

ORDER FOR PAYMENT OF FILING FEES IN INSTALLMENTS
AND NOTICE OF DISMISSAL IN THE EVENT OF DEFAULT

Debtor's Application to Pay Filing Fee in Installments is granted, and

**IT IS ORDERED** that the debtor* pay the filing fee prescribed by Title 28 U.S.C. § 1930(a) in installments on the following terms:

1) $_____ Submitted
   $ 125.00         Balance of 1st installment due on or before 1/13/2016  **See GPO 2014-4
2) $ 65             on or before  2/10/2016
3) $ 65             on or before  3/23/2016
4) $ 55             on or before  4/28/2016

**IT IS FURTHER ORDERED** that until the filing fee is paid in full the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

**IT IS FURTHER ORDERED AND NOTICE IS HEREBY GIVEN TO THE DEBTOR AND TRUSTEE** that the failure to make any designated payment on time may result in the immediate dismissal of the case, unless a timely objection to dismissal for non-payment is filed with the court within three (3) business days of the specific installment payment deadline missed or a Notice of Possible Dividends has been filed by the Trustee, then GPO2015-1 applies. See, 11 U.S.C. §707(a)(2), Fed.R.Bankr.P.1017(b) and L.B.R. 9014-1.

**IT IS FURTHER ORDERED, AND NOTICE IS HEREBY GIVEN** that in the event this case should be dismissed for the debtor's failure to pay the statutory filing fees and failure to appear before the Court in proper prosecution of the case, the debtor shall be barred from payment of filing fees in installments in any subsequently filed case pursuant to G.P.O. 2009-3-SO-13, and may be further barred from filing a petition in this Court for 180days pursuant to Title 11U.S.C. § 109(g).

**Please Note:** Fees should be paid by the debtor's attorney, unless the debtor does not have an attorney. See L.B.R. 5005-4App. Fees may be paid in person at the Court or by mail to U.S. Bankruptcy Court, 721 19th Street, Denver, CO 80202. The Court does not accept personal checks or credit cards from debtors. All cash payments must be exact, as the Court does not make change.

Dated:  12/31/2015                                        FOR THE COURT:
                                                          Kenneth S. Gardner, Clerk

                                                          By:   S.Hoelscher
                                                                Deputy Clerk

SCHEDULE OF PAYMENTS Installment payments in **individual** debtor cases by chapter shall be made in no less than the following amounts and no later than the following days after filing the petition:

| Payments/Days After Filing | Chapter 7 | Chapter 11 | Chapter 12 | Chapter 13 |
|---|---|---|---|---|
| First Payment (within 14 days of the petition date) | $125 | $539 | $125 | $125 |
| Second Payment (within 42 days of the petition date) | $70 | $539 | $50 | $85 |
| Third Payment (within 84 days of the petition date) | $70 | $539 | $50 | $50 |
| Fourth Payment (within 120 days of the petition date) | $70 | $100 | $50 | $50 |

*All court fee payments should be made by the debtor's attorney, unless the debtor is not represented by an attorney. L.B.R. 5005-4App
** http://www.cob.uscourts.gov