UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                                              Case No:      15-24051 JGR
CAREY JO CHRISTENSEN,
Debtor.                                               Chapter       13

### ENTRY OF APPEARANCE

COMES NOW, Nicholas H. Santarelli, Esq., and hereby enters his appearance on behalf of COLORADO HOUSING AND FINANCE AUTHORITY and hereby requests that all notices, pleadings, and other documents filed in this proceeding be sent to the undersigned counsel in addition to direct notice to: COLORADO HOUSING AND FINANCE AUTHORITY, 1 CORPORATE DRIVE, SUITE 360, LAKE ZURICH, IL 60047-8945

Janeway Law Firm, P.C.
Attorneys for COLORADO HOUSING AND FINANCE AUTHORITY

_____
Lynn M. Janeway #15592
David R. Doughty #40042
Eve M. Grina #43658
Elizabeth S. Marcus #16092
Alison L. Berry #34531
Nicholas H. Santarelli #46592
Kelly Murdock #46915
Sheila J. Finn #36637
9800 S. Meridian Blvd., Suite 400
Englewood, CO 80112
Phone: (303) 706-9990 Fax: (303) 706-9994
bankruptcy@janewaylaw.com JLF No.: 15-008045

### Certificate of Service

The undersigned hereby certifies that on January 6, 2016 a copy of the attached Entry of Appearance was deposited into U.S. mail in an envelope with prepaid, first class postage and addressed as follows:

CAREY JO CHRISTENSEN
4823 CHANDLER
DENVER, CO 80239

JASON S. HUSTON
10200 W. 44TH AVE.
STE. 120
WHEAT RIDGE, CO 80033

DOUGLAS B. KIEL
Chapter 13 Trustee
4725 S. MONACO ST.
STE 120
DENVER, CO 80237

_____
Kathy Scholle