UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br>CAREY JO CHRISTENSEN,<br>Debtor | Case No:    15-24051 - JGR |
| | Chapter    13 |
| COLORADO HOUSING AND FINANCE AUTHORITY<br>and its SUCCESSORS, ASSIGNS, SERVICERS,<br>TRUSTEES AND INVESTORS,<br>Creditor<br>vs.<br>CAREY JO CHRISTENSEN and DOUGLAS B. KIEL,<br>Trustee<br>Respondents | |

## OBJECTION TO CONFIRMATION OF PLAN

COMES NOW, COLORADO HOUSING AND FINANCE AUTHORITY, (Creditor), by and through its attorneys, Janeway Law Firm, P.C., and hereby objects to confirmation of the Debtor's proposed Chapter 13 plan. As grounds for this objection, Creditor states as follows:

1.     Creditor is a member of the class of secured claims in the proposed plan.

2.     Creditor intends to file a Proof of Claim in the approximate amount of $20,206.10 for past due payments, and/or other fees and charges allowable under the Note and Deed of Trust.

3.     The debtor's proposed plan does not provide for the amounts contained in the Proof of Claim to be filed in this case. Thus, the proposed plan does not comply with the provisions of 11 U.S.C. § 1322(b)(5) or 1325(a)(5) and therefore should not be confirmed.

4.     Debtor's proposed plan does not list the amount of the regular monthly payment. The amount of the regular monthly payment should be $1,342.30.

5.     Debtor's proposed plan does not list the date of the first post-petition payment. The correct date of the first post-petition payment should be January 1, 2016.

Wherefore, Creditor objects to confirmation of the Plan for the grounds stated above.

Dated: January 15, 2016

Janeway Law Firm, P.C.
Attorneys for COLORADO HOUSING AND FINANCE AUTHORITY

_____
Lynn M. Janeway #15592
David R. Doughty #40042
Eve M. Grina #43658

Elizabeth S. Marcus #16092
Alison L. Berry #34531
Nicholas H. Santarelli #46592
Kelly Murdock #46915
Sheila J. Finn #36637
9800 S. Meridian Blvd., Suite 400
Englewood, CO 80112
Phone: (303) 706-9990 Fax: (303) 706-9994
bankruptcy@janewaylaw.com  JLF No.: 15-008045

## Certificate of Service

The undersigned hereby certifies that on January 15, 2016 a copy of the attached Objection to Confirmation of Plan was deposited into U.S. mail in an envelope with prepaid, first class postage and addressed as follows:

CAREY JO CHRISTENSEN
4823 CHANDLER
DENVER, CO 80239

JASON S. HUSTON
10200 W. 44TH AVE.
STE. 120
WHEAT RIDGE, CO 80033

DOUGLAS B. KIEL
Chapter 13 Trustee
4725 S. MONACO ST.
STE 120
DENVER, CO 80237

_Kathy Scholle_
Kathy Scholle