## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | CASE: 15-24051-SBB |
| CAREY JO CHRISTENSEN | CHAPTER 13 |
| **Debtor** | |

___

### TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The Standing Chapter 13 Trustee hereby files his Objection to Confirmation of Chapter 13 Plan and as grounds therefor states as follows:

1. Plan fails to state the commencement date of plan payments.

2. Class 2 does not state the commencement date of regular mortgage payments to be paid directly to the creditors.

3. The Trustee cannot determine if Debtor's plan fully provides for the minimum distribution to Class 4 claims as required by the Form 122C. 11 U.S.C. § 1325(b)(3). Trustee requests Debtor's pay advices from pay date 10/30/2015 to date.

The Trustee reserves the right to amend his objection after the meeting of creditors and to report on the Debtor's payment history at the hearing on his Objection.

WHEREFORE, the Standing Chapter 13 Trustee requests that the Court deny confirmation in the above-captioned matter and dismiss or convert the proceeding pursuant to 11 U.S.C. § 1307.

Dated: February 4, 2016                                  Respectfully submitted,

/s/ Ellen R. Welner
Ellen R. Welner, #9239
Attorney For The Chapter 13 Trustee
Douglas B. Kiel
4725 S Monaco Street, Suite 120
Denver, Co 80237
(720)398-4444
Ewelner@Denver13.Com

CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the above Trustee's Objection to Confirmation of Chapter 13 Plan was placed in the U.S. Mail, postage prepaid, on February 4, 2016 addressed as follows:

CAREY JO CHRISTENSEN            HARKESS & SALTER LLC
4823 CHANDLER                   10200 W 44TH AVE STE 120
DENVER, CO  80239               WHEAT RIDGE, CO  80033

/s/ Phil Wenzel
Case Manager