UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:

CAREY JO CHRISTENSEN,                  CASE NO: 15-24051 JGR
                                                                    CHAPTER 13
                 DEBTOR.

_____

CERTIFICATE OF MAILING
_____

       I hereby certify that a true and correct copy of the above MOTION TO DISMISS FOR DEBTOR'S FAILURE TO PROVIDE FEDERALTAX RETURNS PURSUANT TO 11 U.S.C. § 521(e)(2) AND 9013 NOTICE OF PENDING DISMISSAL OF CASE was placed in the U.S. Mail, postage prepaid, on <u>February 4, 2016</u> addressed as follows:

Carey Jo Christensen
4823 Chandler
Denver, CO  80239

Harkess & Salter, LLC
10200 W. 44th Ave., Suite 120
Wheat Ridge, CO  80033


/s/Philip J. Wenzel
Chapter 13 Trustee Case Manager