UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | CASE: 15-24051-SBB |
| CAREY JO CHRISTENSEN | CHAPTER 13 |
| DEBTOR | |

**WITHDRAWAL OF MOTION TO DISMISS FOR DEBTOR'S FAILURE TO PROVIDE TAX RETURNS**

The Standing Chapter 13 Trustee hereby withdraws his Motion to Dismiss for Debtor's Failure to Provide Tax Returns in the above captioned proceeding because:

Debtor has complied and provided Trustee with her tax return.

February 05, 2016                    Respectfully submitted,

/s/ Ellen R. Welner
Ellen R. Welner, #9239
Attorney for the Chapter 13 Trustee
Douglas B. Kiel
4725 S MONACO STREET, SUITE 120
DENVER, CO 80237
(720)398-4444
ewelner@denver13.com

**CERTIFICATE OF MAILING**

I hereby certify that a true and correct copy of the above Chapter 13 Trustee's Withdrawal of Motion to Dismiss for Debtor's Failure to Provide Tax Returns was placed in the U.S. Mail, postage prepaid, on February 05, 2016 addressed as follows:

| | |
|---|---|
| CAREY JO CHRISTENSEN | HARKESS & SALTER LLC |
| 4823 CHANDLER | 10200 W 44TH AVE STE 120 |
| DENVER, CO  80239 | WHEAT RIDGE, CO  80033 |

/s/ Phil Wenzel
for Douglas B. Kiel