**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

In Re:

CAREY JO CHRISTENSEN                    Case No. 15-24051-SBB
XXX-XX-5314

                                        Chapter 13

                Debtor(s)

## NOTICE OF CONTINUED § 341 FIRST MEETING OF CREDITORS

The § 341 First Meeting of Creditors is hereby continued for Debtor(s) to:

| Date | Time | Location |
|---|---|---|
| 02/16/2016 | 2:30 pm | Byron G. Rogers Federal Building, 1961 Stout St. Ste 16-200 Room B, Denver, CO 80294 |

February 10, 2016                        Respectfully Submitted,

                                         /s/Douglas B. Kiel
                                         DOUGLAS B. KIEL, CHAPTER 13 TRUSTEE
                                         4725 S MONACO STREET SUITE 120
                                         DENVER, CO 80237
                                         (720)398-8444
                                         FAX: (720)398-4445