# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO
Minutes of Electronically Recorded Proceeding
Held March 2, 2016, Before Honorable Joseph G. Rosania, Jr.

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Bankruptcy Case No.** |
| **Carey Jo Christensen** | ) | **15-24051-JGR** |
| **SS#xxx-xx- 5314** | ) | **Chapter 13** |
| | ) | |
| **Debtor(s).** | ) | |

☒ Appearances:
Debtor(s),                                         Counsel:
Chapter 13 Trustee, Douglas Kiel:        Counsel: Matt Hoelscher

☒ No appearances at this hearing by neither the Debtor nor counsel of record, Jason Huston.

Proceedings:   **Confirmation of Debtor(s)' Chapter 13 Plan of Reorganization filed December 30, 2015 (Docket #2) and Objection(s) by Colorado Housing and Finance Authority filed January 15, 2016 (Docket #19) and Chapter 13 Trustee filed on February 4, 2016 (Docket #20).**

☒ Entry of appearances and statements/arguments made.

☒ The Court was advised that Debtor(s) ☐ is/are current, or ☒ is/are not current, on payments to the Chapter 13 Trustee. The Court was advised the Debtor has not remitted a single payment to the Chapter 13 Trustee.

☒ Evidentiary[1]

Orders:

☒ Oral findings and conclusions made of record.

☒ IT IS ORDERED as follows:

1. Based upon the statements entered on the record at the hearing, the Debtor(s)' Chapter 13 Plan of Reorganization filed December 30, 2015 (Docket #2) is **DENIED and the within case is hereby DISMISSED.**

2. Objection(s) to confirmation is/are hereby **deemed SUSTAINED**.

FOR THE COURT:
*Kenneth S. Gardner, Clerk*

By: /s/ A. Sekera, Courtroom Deputy

---

[1] Evidentiary for statistical reporting purposes.