# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
Honorable Joseph G. Rosania, Jr.

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Bankruptcy Case No.** |
| **Carey Jo Christensen** | ) | **15-24051- JGR** |
| SS#xxx-xx- 5314 | ) | **Chapter 13** |
| | ) | |
| | ) | |
| | ) | |
| **Debtor(s).** | ) | |

## JUDGMENT

THIS MATTER came before the Court on for a hearing regarding confirmation of Debtor(s)' Chapter 13 Plan of Reorganization filed December 30, 2015 (Docket #2).  In accordance with the Order issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that Debtor(s)' Chapter 13 Plan of Reorganization filed December 30, 2015 (Docket #2) is hereby DENIED.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered as follows

In favor of:  ☒ Chapter 13 Trustee

And against:  ☒ Debtor(s)

Dated:. March 2, 2016         FOR THE COURT:
*Kenneth S. Gardner, Clerk*

By: *A. [signature]*
Deputy Clerk

APPROVED AND ACCEPTED:

By: _____
  Joseph G. Rosania, Jr., U.S. Bankruptcy Judge