UNITED STATES BANKRUPTCY COURT
District of Colorado

In re: Carey Jo Christensen
      Debtor(s)

Case No.: 15-24051-JGR
Chapter: 13

NOTICE OF ENTRY ON DOCKET

NOTICE IS HEREBY GIVEN pursuant to Fed.R.B.P. 9022, that the following Judgment was entered on the docket of the above case on 3/3/2016:

IT IS ORDERED AND ADJUDGED that Debtor(s)' Chapter 13 Plan of Reorganization filed December 30, 2015 (Docket #2) is hereby DENIED.  IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered as follows  In favor of: : Chapter 13 Trustee  And against: : Debtor(s)

                                                FOR THE COURT:
                                                Kenneth S. Gardner, Clerk