United States Bankruptcy Court
District of Colorado

In re:                                                          Case No. 15-24051-JGR
Carey Jo Christensen                                            Chapter 13
        Debtor
### CERTIFICATE OF NOTICE

District/off: 1082-1          User: gentd          Page 1 of 1          Date Rcvd: Mar 03, 2016
                             Form ID: pdf904       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2016.
db              +Carey Jo Christensen,   4823 Chandler,   Denver, CO 80239-4925

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2016                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2016 at the address(es) listed below:
             Chapter 13 Trustee - Kiel    on behalf of Trustee Douglas B. Kiel ecfmail@denver13.com
             Douglas B. Kiel    ecfmail@denver13.com
             Jason S. Huston    on behalf of Debtor Carey Jo Christensen jaysonhuston@gmail.com
             Nicholas H. Santarelli    on behalf of Creditor   Colorado Housing and Finance Authority
              bankruptcy@janewaylaw.com
             US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                TOTAL: 5

### UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO
<u>Minutes of Electronically Recorded Proceeding</u>
Held March 2, 2016, Before Honorable Joseph G. Rosania, Jr.

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Bankruptcy Case No.** |
| **Carey Jo Christensen** | ) | **15-24051-JGR** |
| **SS#xxx-xx- 5314** | ) | **Chapter 13** |
| | ) | |
| **Debtor(s).** | ) | |

☒  Appearances:

Debtor(s),                                                      Counsel:
Chapter 13 Trustee, Douglas Kiel:                              Counsel: <u>Matt Hoelscher</u>

☒   No appearances at this hearing by neither the Debtor nor counsel of record, Jason Huston.

<u>Proceedings:</u>   **Confirmation of Debtor(s)' Chapter 13 Plan of Reorganization filed December 30, 2015 (Docket #2) and Objection(s) by Colorado Housing and Finance Authority filed January 15, 2016 (Docket #19) and Chapter 13 Trustee filed on February 4, 2016 (Docket #20).**

☒   Entry of appearances and statements/arguments made.

☒   The Court was advised that Debtor(s) ☐ is/are current, or ☒ is/are not current, on payments to the Chapter 13 Trustee.  The Court was advised the Debtor has not remitted a single payment to the Chapter 13 Trustee.

☒   Evidentiary[1]

<u>Orders:</u>

☒   Oral findings and conclusions made of record.

☒   IT IS ORDERED as follows:

1.   Based upon the statements entered on the record at the hearing, the Debtor(s)' Chapter 13 Plan of Reorganization filed December 30, 2015 (Docket #2) is **DENIED and the within case is hereby DISMISSED.**

2.   Objection(s) to confirmation is/are hereby **deemed SUSTAINED**.

FOR THE COURT:
*Kenneth S. Gardner, Clerk*

By: <u>/s/ A. Sekera, Courtroom Deputy</u>

---

[1] Evidentiary for statistical reporting purposes.