```
                        United States Bankruptcy Court
                             District of Colorado
In re:                                                      Case No. 15-24051-JGR
Carey Jo Christensen                                        Chapter 13
        Debtor
                           CERTIFICATE OF NOTICE
District/off: 1082-1          User: gentd              Page 1 of 1             Date Rcvd: Mar 03, 2016
                              Form ID: pdf904          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2016.
db         +Carey Jo Christensen,    4823 Chandler,    Denver, CO 80239-4925

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2016 at the address(es) listed below:
              Chapter 13 Trustee - Kiel    on behalf of Trustee Douglas B. Kiel ecfmail@denver13.com
              Douglas B. Kiel    ecfmail@denver13.com
              Jason S. Huston    on behalf of Debtor Carey Jo Christensen jaysonhuston@gmail.com
              Nicholas H. Santarelli    on behalf of Creditor    Colorado Housing and Finance Authority
               bankruptcy@janewaylaw.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                              TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
Honorable Joseph G. Rosania, Jr.

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Bankruptcy Case No.** |
| **Carey Jo Christensen** | ) | **15-24051- JGR** |
| **SS#xxx-xx- 5314** | ) | **Chapter 13** |
| | ) | |
| | ) | |
| | ) | |
| **Debtor(s).** | ) | |

## JUDGMENT

THIS MATTER came before the Court on for a hearing regarding confirmation of Debtor(s)' Chapter 13 Plan of Reorganization filed December 30, 2015 (Docket #2). In accordance with the Order issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that Debtor(s)' Chapter 13 Plan of Reorganization filed December 30, 2015 (Docket #2) is hereby DENIED.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered as follows

In favor of: ☒ Chapter 13 Trustee

And against: ☒ Debtor(s)

Dated:. March 2, 2016    FOR THE COURT:

*Kenneth S. Gardner, Clerk*

By: ___A. Sikura___
Deputy Clerk

APPROVED AND ACCEPTED:
By: _____
   Joseph G. Rosania, Jr., U.S. Bankruptcy Judge

Case:15-24051-JGR Doc#:30 Filed:03/05/16 Entered:03/05/16 22:30:47 Page3 of 3