```
                         United States Bankruptcy Court
                              District of Colorado
In re:                                                       Case No. 15-24051-JGR
Carey Jo Christensen                                         Chapter 13
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 1082-1         User: gentd              Page 1 of 1            Date Rcvd: Mar 03, 2016
                             Form ID: pdf904          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2016.
db             +Carey Jo Christensen,    4823 Chandler,    Denver, CO 80239-4925

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2016                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2016 at the address(es) listed below:
              Chapter 13 Trustee - Kiel    on behalf of Trustee Douglas B. Kiel ecfmail@denver13.com
              Douglas B. Kiel    ecfmail@denver13.com
              Jason S. Huston    on behalf of Debtor Carey Jo Christensen jaysonhuston@gmail.com
              Nicholas H. Santarelli    on behalf of Creditor   Colorado Housing and Finance Authority
               bankruptcy@janewaylaw.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                                 TOTAL: 5

UNITED STATES BANKRUPTCY COURT
District of Colorado

In re: Carey Jo Christensen
      Debtor(s)

Case No.: 15-24051-JGR
Chapter:  13

NOTICE OF ENTRY ON DOCKET

NOTICE IS HEREBY GIVEN pursuant to Fed.R.B.P. 9022, that the following Judgment was entered on the docket of the above case on 3/3/2016:

IT IS ORDERED AND ADJUDGED that Debtor(s)' Chapter 13 Plan of Reorganization filedDecember 30, 2015 (Docket #2) is hereby DENIED.IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered as followsIn favor of: : Chapter 13 TrusteeAnd against: : Debtor(s)

FOR THE COURT:
Kenneth S. Gardner, Clerk